# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARRIGAN, | CASE NO. 1:13-cv-00458-LJO-SKO |
| Plaintiff, | **ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (Doc. No. 4) |
| Defendant. | |
| _____/ | |

Plaintiff filed a complaint on March 28, 2013, seeking judicial review of the Social Security Commissioner's denial his application for social security disability benefits.  Plaintiff also filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (Doc. 4.)  Plaintiff's application reflects that he is employed, and his annual salary is approximately $27,000. (Doc. 4.) Because Plaintiff's application demonstrates that he is not entitled to proceed without prepayment of fees, his application is DENIED.  Within thirty (30) days of the date of this order, Plaintiff shall either pay the $350.00 filing fee or the case will be dismissed.  **This ADMONISHES plaintiff that failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   April 10, 2013**          /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE